UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-12-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12CR271(RNC) |
| v. | VIOLATIONS: |
| | 18 U.S.C. Section 2261A(2) (Cyberstalking) |
| PETER GAYED | 18 U.S.C. Section 875(c) (Transmitting Interstate Threatening Communication) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(18 U.S.C. Section 2261A(2))

On or about November 17, 2012, the defendant PETER GAYED, with the intent to cause substantial emotional distress to Victim 1, used in Illinois a cellular telephone, a facility of interstate commerce, to engage in a course of conduct of transmitting threatening text messages and Facebook postings that caused substantial emotional distress to Victim 1, who was at that time in the District of Connecticut.

In violation of Title 18, United States Code, Section 2261A(2).

COUNT TWO
(18 U.S.C. Section 875(c))

On or about November 17, 2012, the defendant PETER GAYED did knowingly and willfully transmit in interstate and foreign commerce, from Illinois to Connecticut, multiple text

messages sent via cellular telephone to Victim 1, who was at that time in the District of Connecticut, and that these text messages contained threats to injure Victim 2.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY